Eighth Circuit granted. *Messrs. Tom Davis* and *Ernest A. Michel* for petitioner. *Messrs. Warren Newcome, Samuel H. Cady,* and *William T. Faricy* for respondent. ▮

No. 431. PENN GENERAL CASUALTY Co. *v.* PENNSYLVANIA EX REL. SCHNADER, ATTORNEY GENERAL. October 22, 1934. Petition for writ of certiorari to the Supreme Court of· Pennsylvania granted. *Messrs. Thomas F. Mount* and *Joseph W. Henderson* for petitioner. *Messrs. William A. Schnader* and *Harold D. Saylor* for respondent.

No. 424. HILDEGARD SCHOENAMSGRUBER *v.* HAMBURG AMERICAN LINE; and

No. 425. GUSTAV SCHOENAMSGRUBER *v.* SAME. October 22, 1934. Petition for writs of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Mr. Harry H. Semmes* for petitioners. *Messrs. Christopher B· Garnett, S. Hasket Derby,* and *J. Hampton Hoge* for respondent.

No. 374. ADAMS, RECEIVER *v.* CHAMPION, TRUSTEE. October 22, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Mr. John F. Anderson* for petitioner. *Mr. Harry C. Heyl* for respondent.

No. 394. PENNSYLVANIA *v.* WILLIAMS ET AL. October 22, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Messrs. Wm. A. Schnader, Harold D. Saylor,* and *Leo· Weinrott*